No. 502, Misc. WORRELL *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 503, Misc. SHULENBERG *v.* JACKSON, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 446. CREST SPECIALTY, A LIMITED PARTNERSHIP, *v.* TRAGER, DOING BUSINESS AS TOPIC TOYS, ET AL., *ante,* p. 912; and

No. 493. CHICAGO *v.* WILLETT COMPANY, *ante,* p. 913. Petitions for rehearing in these cases denied.

No. 545. CHARLES E. SMITH & SONS CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 340 U. S. 953. Motion for leave to file petition for rehearing denied.

No. 303, Misc. JAMES *v.* STATE OF WASHINGTON, *ante,* p. 911;

No. 304, Misc. JAMES ET AL. *v.* STATE OF WASHINGTON, *ante,* p. 910; and

No. 423, Misc. HOLLAND *v.* CIRCUIT COURT OF PETTIS COUNTY, MISSOURI, ET AL., *ante,* p. 908. Petitions for rehearing in these cases denied.

MAY 28, 1951.

No. 713. BUTLER *v.* THOMPSON, CENTRAL REGISTRAR FOR THE COUNTY OF ARLINGTON, ET AL. Appeal from the United States District Court for the Eastern District of Virginia. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE DOUGLAS dissents. *John Locke Green* for appellant. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, *Walter E. Rogers* and *John W. Jackson* for appellees.